Same case below, 401 Fed. Appx. 81.

Same case below, 630 F.3d 1239.

**No. 10-10007. Joseph Miles Davis, Petitioner v. United States.**

563 U.S. 1000, 131 S. Ct. 2472, 179 L. Ed. 2d 1233, 2011 U.S. LEXIS 3581.

May 16, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 406 Fed. Appx. 268.

**No. 10-10009. Jose Oscar Blanco-Navar, Petitioner v. United States.**

563 U.S. 1000, 131 S. Ct. 2472, 179 L. Ed. 2d 1233, 2011 U.S. LEXIS 3586.

May 16, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 10-10010. Shynita Townsend, Petitioner v. United States.**

563 U.S. 1000, 131 S. Ct. 2472, 179 L. Ed. 2d 1233, 2011 U.S. LEXIS 3592.

May 16, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 630 F.3d 1003.

**No. 10-10019. Javier Dolores Gonzalez-Diaz, Petitioner v. United States.**

563 U.S. 1000, 131 S. Ct. 2473, 179 L. Ed. 2d 1233, 2011 U.S. LEXIS 3563.

May 16, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-10021. Derrick Wayne Burton, Petitioner v. United States.**

563 U.S. 1001, 131 S. Ct. 2473, 179 L. Ed. 2d 1233, 2011 U.S. LEXIS 3550.

May 16, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 401 Fed. Appx. 874.

**No. 10-10023. Al Dujuan Bailey, Petitioner v. United States.**

563 U.S. 1001, 131 S. Ct. 2473, 179 L. Ed. 2d 1233, 2011 U.S. LEXIS 3618.

May 16, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 407 Fed. Appx. 27.

**No. 10-10029. Anthony D. Peterson, Petitioner v. United States.**

563 U.S. 1001, 131 S. Ct. 2473, 179 L. Ed. 2d 1233, 2011 U.S. LEXIS 3567.

May 16, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 411 Fed. Appx. 857.

**No. 10-10033. Anthony Greer, Petitioner v. United States.**

563 U.S. 1001, 131 S. Ct. 2476, 179 L. Ed. 2d 1233, 2011 U.S. LEXIS 3572.

May 16, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 415 Fed. Appx. 673.